B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wright, Sterling H. Jr. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Wright, Mary M. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>FDBA Wright Roller & Machine Corporation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-5068 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-2185 |
| Street Address of Debtor (No. and Street, City, and State):<br>1949 W 101st St.<br>Chicago, IL<br><br>ZIP Code 60643 | Street Address of Joint Debtor (No. and Street, City, and State):<br>1949 W 101st St.<br>Chicago, IL<br><br>ZIP Code 60643 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 13417 S. Halsted St.<br>Riverdale, IL 60827 |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Wright, Sterling H. Jr.<br>Wright, Mary M. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| Wright, Sterling H. Jr. |
| Wright, Mary M. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Sterling H. Wright, Jr.
Signature of Debtor  Sterling H. Wright, Jr.

X  /s/ Mary M. Wright
Signature of Joint Debtor Mary M. Wright

Telephone Number (If not represented by attorney)

September 17, 2010
Date

### Signature of Attorney*

X  /s/ Gina B. Krol
Signature of Attorney for Debtor(s)

Gina B. Krol 6187642
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Address

312.368.0300  Fax: 312.368.4559
Telephone Number

September 17, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Sterling H. Wright, Jr.
        Mary M. Wright

Debtor(s)

Case No. _____

Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                      Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Sterling H. Wright, Jr.
         Sterling H. Wright, Jr.

Date: September 17, 2010

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Sterling H. Wright, Jr.
Mary M. Wright           Case No.
              Debtor(s)        Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                      Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Mary M. Wright
                       Mary M. Wright

Date:   September 17, 2010

B6D (Official Form 6D) (12/07)

In re     Sterling H. Wright, Jr.,
        Mary M. Wright

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 13417 S. Halsted St. Riverdale, IL 60827 2 Industrial Buildings (in foreclosure) | | | | | |
| Standard Bank & Trust 7800 W. 95th Street Hickory Hills, IL 60457 | | | | | | | | |
| | | | Value $        275,000.00 | | | | 232,649.31 | 0.00 |
| Account No. | | | Mortgage 1949 W. 101st Streeet Chicago, IL 60643 | | | | | |
| Standard Bank & Trust 7800 W. 95th Street Hickory Hills, IL 60457 | | - | | | | | | |
| | | | Value $        0.00 | | | | 201,006.35 | 201,006.35 |
| Account No. | | | 13417 S. Halsted St. Riverdale, IL 60827 2 Industrial Buildings (in foreclosure) | | | | | |
| Standard Bank & Trust 7800 W. 95th Street Hickory Hills, IL 60457 | | | | | | | | |
| | | | Value $        275,000.00 | | | | 299,452.02 | 257,101.33 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

\_\_0\_\_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 733,107.68 | 458,107.68 |
| Total (Report on Summary of Schedules) | 733,107.68 | 458,107.68 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    Sterling H. Wright, Jr.,                                                    Case No. _____
         Mary M. Wright
                                                                                   ,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Sterling H. Wright, Jr.,    Case No. _____
          Mary M. Wright
                                        ,
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>Department of the Treasury<br>Cincinnati, OH 45999-0025 | X | - | 2007<br><br>1040 | | | | 47,476.74 | 0.00 | 47,476.74 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 47,476.74 | 0.00 |
| | | 47,476.74 |
| | Total (Report on Summary of Schedules) | 47,476.74 | 0.00 |
| | | 47,476.74 |

B6F (Official Form 6F) (12/07)

In re    Sterling H. Wright, Jr.,    Case No. _____
Mary M. Wright
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| A.M. Castle & Co. 3400 Wolf Rd. Franklin Park, IL 60131 | X | - | | | | | | | 1,481.25 |
| Account No. | | | | | Business Debt | | | | |
| Alro Steel 4501 James Place Melrose Park, IL 60160 | X | - | | | | | | | 222.99 |
| Account No. 8504 | | | | | Student Loan | | | | |
| American Education Services PO Box 2461 Harrisburg, PA 17105 | | - | | | | | | | 13,738.71 |
| Account No. 4127 | | | | | Student Loan | | | | |
| American Education Services PO Box 2461 Harrisburg, PA 17105 | | - | | | | | | | 41,379.08 |
| ___6___ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 56,822.03 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:29730-100831    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Sterling H. Wright, Jr.,                                           Case No. _____
        Mary M. Wright

                                                        ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0097 | | | Student Loan | | | | |
| American Educational Services PO Box 2461 Harrisburg, PA 17105 | | - | | | | | 25,000.00 |
| Account No. | | | Business Debt | | | | |
| AT&T P.O. Box 8212 Aurora, IL 60572-8212 | X | - | | | | | 280.00 |
| Account No. | | | Credit Card | | | | |
| Capital One PO Box 6103 Carol Stream, IL 60197-6103 | | - | | | | | 1,734.14 |
| Account No. | | | Business Debt | | | | |
| Central Steel & Wire Co. 3000 W. 51st Street Chicago, IL 60632 | X | - | | | | | 38,595.00 |
| Account No. 6358 | | | Business Credit Card | | | | |
| Citibusiness card PO Box 6235 Sioux Falls, SD 57117 | X | - | | | | | 27,728.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,337.14

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Sterling H. Wright, Jr.,                                    Case No. _____
        Mary M. Wright
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 9152 | | | | | Business Credit Card | | | | |
| Citimastercard PO Box 660370 Dallas, TX 75266 | X | - | | | | | | | 33,505.09 |
| Account No. | | | | | Business Debt | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | X | - | | | | | | | 2,955.45 |
| Account No. | | | | | Business Debt | | | | |
| Conway Central Express 201 Blaine Street Gary, IN 46406 | X | - | | | | | | | 289.02 |
| Account No. | | | | | Business Debt | | | | |
| Cook County Collector P.O. Box 7552 Chicago, IL 60680-7552 | X | - | | | | | | | 552.00 |
| Account No. | | | | | Business Debt | | | | |
| Deluxe Check Printers 8585 Stemmons Freeway Suite 600N Dallas, TX 75247 | X | - | | | | | | | 550.00 |

Sheet no. _2___ of _6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,851.56

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Sterling H. Wright, Jr.,                                           Case No. _____
        Mary M. Wright
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Desmond & Ahern 10827 S. Western Ave. Chicago, IL 60643 | X | - | | | | | | 2,671.34 |
| Account No. | | | | Business Debt | | | | |
| Devor Tool & Die PO Box 89 805 E. Lake St. Lake Mills, WI 53551 | X | - | | | | | | 2,860.42 |
| Account No. | | | | Business Debt | | | | |
| Do-All 1480 S. Wolf Rd. Wheeling, IL 60090 | X | - | | | | | | 1,383.50 |
| Account No. | | | | Business Debt | | | | |
| G&K Service 8201 S. Cork Ave. Justice, IL 60458 | X | - | | | | | | 4,200.00 |
| Account No. 2728 | | | | Student Loan | | | | |
| Great Lakes Educational PO Box 7860 Madison, WI 53707 | | - | | | | | | 8,031.16 |
| Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 19,146.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Sterling H. Wright, Jr.,                                    Case No. _____
       Mary M. Wright

                                              ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 2728 <br><br> Great Lakes Educational <br> PO Box 7860 <br> Madison, WI 53707 | | - | | Student Loan | | | | 24,944.20 |
| Account No. 9804 <br><br> Great Lakes Educational <br> PO Box 7860 <br> Madison, WI 53707 | | - | | Student Loan | | | | 30,067.08 |
| Account No. <br><br> Kennametal <br> 1600 Technology Way <br> Latrobe, PA 15650 | X | - | | Business Debt | | | | 299.41 |
| Account No. <br><br> Nicor Gas <br> Attention: Bankruptcy Department <br> P.O. Box 549 <br> Aurora, IL 60507-0549 | X | - | | Business Debt | | | | 4,760.77 |
| Account No. <br><br> Overdoors of Illinois <br> 601 Ridge Rd. <br> Homewood, IL 60430 | X | - | | Business Debt | | | | 4,513.20 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,584.66

B6F (Official Form 6F) (12/07) - Cont.

In re   Sterling H. Wright, Jr.,                                      Case No. _____
        Mary M. Wright

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Praxair Distribution 976 Praxair Distribution Dept. CH 10660 Palatine, IL 60055 | X | - | | | | | | 1,941.01 |
| Account No. 0001 | | | | Business Loan | | | | |
| Standard Bank & Trust 7800 W. 95th Street Hickory Hills, IL 60457 | X | - | | | | | | 15,137.07 |
| Account No. 9006 | | | | Business Loan | | | | |
| Standard Bank & Trust 7800 W. 95th Street Hickory Hills, IL 60457 | X | - | | | | | | 75,444.24 |
| Account No. 9007 | | | | Business Loan | | | | |
| Standard Bank & Trust 7800 W. 95th Street Hickory Hills, IL 60457 | X | - | | | | | | 89,979.31 |
| Account No. | | | | Business Debt | | | | |
| The Hartford Hartford Retirement Services P.O. Box 8500-54422 Philadelphia, PA 19178 | X | - | | | | | | 600.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

183,101.63

B6F (Official Form 6F) (12/07) - Cont.

In re   Sterling H. Wright, Jr.,          Case No. _____
        Mary M. Wright
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Attorney Fees | | | | |
| The Patterson Law Firm 1 N. LaSalle St. Suite 2100 Chicago, IL 60602 | X | - | | | | | | 16,395.14 |
| Account No. | | | | Business Debt | | | | |
| Tool Crib Supply 1480 S. Wolf road Wheeling, IL 60090 | X | - | | | | | | 583.50 |
| Account No. | | | | Business Debt | | | | |
| Tru-Cut Tool & Supply 3820 W. 128th Pl. Alsip, IL 60803 | X | - | | | | | | 882.90 |
| Account No. | | | | Business Debt | | | | |
| United Parcel Service Lock Box 577 Carol Stream, IL 60132 | X | - | | | | | | 665.21 |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. _6_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 18,526.75 |
| | Total (Report on Summary of Schedules) | 473,370.19 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re     Sterling H. Wright, Jr.,                                                           Case No. _____
          Mary M. Wright
_____,
                              Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| McWright LLC<br>13412 S. Halsted St.<br>Riverdale, IL 60827 | Lease for building<br>Expires 7/1/11 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   Sterling H. Wright, Jr.,                                    Case No. _____
        Mary M. Wright
        _____,
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Internal Revenue Service<br>Department of the Treasury<br>Cincinnati, OH 45999-0025 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted St.<br>Riverdale, IL 60827 | A.M. Castle & Co.<br>3400 Wolf Rd.<br>Franklin Park, IL 60131 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Alro Steel<br>4501 James Place<br>Melrose Park, IL 60160 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | AT&T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Central Steel & Wire Co.<br>3000 W. 51st Street<br>Chicago, IL 60632 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Citibusiness card<br>PO Box 6235<br>Sioux Falls, SD 57117 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Citimastercard<br>PO Box 660370<br>Dallas, TX 75266 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Conway Central Express<br>201 Blaine Street<br>Gary, IN 46406 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Cook County Collector<br>P.O. Box 7552<br>Chicago, IL 60680-7552 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Deluxe Check Printers<br>8585 Stemmons Freeway<br>Suite 600N<br>Dallas, TX 75247 |

2
_____ continuation sheets attached to Schedule of Codebtors

In re   Sterling H. Wright, Jr.,                                                    Case No. _____
        Mary M. Wright
_____,
                        Debtors

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Desmond & Ahern<br>10827 S. Western Ave.<br>Chicago, IL 60643 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Devor Tool & Die<br>PO Box 89<br>805 E. Lake St.<br>Lake Mills, WI 53551 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Do-All<br>1480 S. Wolf Rd.<br>Wheeling, IL 60090 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | G&K Service<br>8201 S. Cork Ave.<br>Justice, IL 60458 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Kennametal<br>1600 Technology Way<br>Latrobe, PA 15650 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Nicor Gas<br>Attention: Bankruptcy Department<br>P.O. Box 549<br>Aurora, IL 60507-0549 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Overdoors of Illinois<br>601 Ridge Rd.<br>Homewood, IL 60430 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Praxair Distribution<br>976 Praxair Distribution<br>Dept. CH 10660<br>Palatine, IL 60055 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Standard Bank & Trust<br>7800 W. 95th Street<br>Hickory Hills, IL 60457 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Standard Bank & Trust<br>7800 W. 95th Street<br>Hickory Hills, IL 60457 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Standard Bank & Trust<br>7800 W. 95th Street<br>Hickory Hills, IL 60457 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | The Hartford<br>Hartford Retirement Services<br>P.O. Box 8500-54422<br>Philadelphia, PA 19178 |

Sheet   1   of   2   continuation sheets attached to the Schedule of Codebtors

In re      Sterling H. Wright, Jr.,                                                            Case No. _____
           Mary M. Wright
_____,
                                  Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | The Patterson Law Firm<br>1 N. LaSalle St.<br>Suite 2100<br>Chicago, IL 60602 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Tool Crib Supply<br>1480 S. Wolf road<br>Wheeling, IL 60090 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | Tru-Cut Tool & Supply<br>3820 W. 128th Pl.<br>Alsip, IL 60803 |
| Wright Roller & Machine Corporation<br>13417 S. Halsted<br>Riverdale, IL 60827 | United Parcel Service<br>Lock Box 577<br>Carol Stream, IL 60132 |

Sheet   2   of   2   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

# United States Bankruptcy Court
### Northern District of Illinois

In re   Sterling H. Wright, Jr.
      Mary M. Wright                                Case No.
                                     Debtor(s)        Chapter     7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2.    $  367.00  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor      □ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor      □ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
            Representations of Debtor against Motions for Relief and Motions to Dismiss

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   September 17, 2010                 /s/ Gina B. Krol
                                              Gina B. Krol 6187642
                                              Cohen & Krol
                                              105 West Madison Street
                                              Suite 1100
                                              Chicago, IL 60602-4600
                                              312.368.0300  Fax: 312.368.4559

A.M. Castle & Co.
3400 Wolf Rd.
Franklin Park, IL 60131


Alro Steel
4501 James Place
Melrose Park, IL 60160


American Education Services
PO Box 2461
Harrisburg, PA 17105


American Education Services
PO Box 2461
Harrisburg, PA 17105


American Educational Services
PO Box 2461
Harrisburg, PA 17105


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


Capital One
PO Box 6103
Carol Stream, IL 60197-6103


Central Steel & Wire Co.
3000 W. 51st Street
Chicago, IL 60632


Citibusiness card
PO Box 6235
Sioux Falls, SD 57117


Citimastercard
PO Box 660370
Dallas, TX 75266


ComEd
Bill Payment Center
Chicago, IL 60668-0001

Conway Central Express
201 Blaine Street
Gary, IN 46406


Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552


Deluxe Check Printers
8585 Stemmons Freeway
Suite 600N
Dallas, TX 75247


Desmond & Ahern
10827 S. Western Ave.
Chicago, IL 60643


Devor Tool & Die
PO Box 89
805 E. Lake St.
Lake Mills, WI 53551


Do-All
1480 S. Wolf Rd.
Wheeling, IL 60090


G&K Service
8201 S. Cork Ave.
Justice, IL 60458


Great Lakes Educational
PO Box 7860
Madison, WI 53707


Great Lakes Educational
PO Box 7860
Madison, WI 53707


Great Lakes Educational
PO Box 7860
Madison, WI 53707


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999-0025

Kennametal
1600 Technology Way
Latrobe, PA 15650


McWright LLC
13412 S. Halsted St.
Riverdale, IL 60827


Nicor Gas
Attention: Bankruptcy Department
P.O. Box 549
Aurora, IL 60507-0549


Overdoors of Illinois
601 Ridge Rd.
Homewood, IL 60430


Praxair Distribution
976 Praxair Distribution
Dept. CH 10660
Palatine, IL 60055


Standard Bank & Trust
7800 W. 95th Street
Hickory Hills, IL 60457


Standard Bank & Trust
7800 W. 95th Street
Hickory Hills, IL 60457


Standard Bank & Trust
7800 W. 95th Street
Hickory Hills, IL 60457


Standard Bank & Trust
7800 W. 95th Street
Hickory Hills, IL 60457


Standard Bank & Trust
7800 W. 95th Street
Hickory Hills, IL 60457


Standard Bank & Trust
7800 W. 95th Street
Hickory Hills, IL 60457

```
The Hartford
Hartford Retirement Services
P.O. Box 8500-54422
Philadelphia, PA 19178


The Patterson Law Firm
1 N. LaSalle St.
Suite 2100
Chicago, IL 60602


Tool Crib Supply
1480 S. Wolf road
Wheeling, IL 60090


Tru-Cut Tool & Supply
3820 W. 128th Pl.
Alsip, IL 60803


United Parcel Service
Lock Box 577
Carol Stream, IL 60132


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted St.
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827
```

Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827

Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827


Wright Roller & Machine Corporation
13417 S. Halsted
Riverdale, IL 60827